IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| PAUL HAUCK, #109236 | § |
| | § |
| v. | §   CIVIL ACTION NO. G-06-183 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on March 24, 2006. Petitioner has not filed his Objections to the Report and Recommendation, which has been returned as undeliverable.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Paul Hauck (Instrument No. 1) is **DISMISSED WITHOUT PREJUDICE**..

**DONE** at Galveston, Texas this 20th day of April, 2006.

_____
Samuel B. Kent
United States District Judge